UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYLESS SHOESOURCE, INC., a Missouri corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIANA JOYE, as Trustee of the Dena Trust, THE DENA TRUST, a California trust ,<br><br>　　　　　Defendants. | No. 2:12-cv-517-MCE-AC<br><br>**ORDER** |

　　　　Having reviewed the Ex Parte Application of Plaintiff Payless Shoe Source to extend its time for filing an opposition to Defendants' Motion for Summary Judgment (ECF No. 35), and recognizing the preference for deciding cases on their merits, the Court concludes there is good cause to grant Plaintiff's request.  The Court nonetheless cautions Plaintiff that no further extensions of this kind will be granted in the future, and admonishes Plaintiff's counsel to comply with both the terms of the Court's Scheduling Order and the Local Rules in the future.  Plaintiff's Opposition to said Motion for Summary Judgment may accordingly be filed not later than August 22, 2013.  Defendants' reply, if any, shall be filed not later than September 5, 2013.

///

1

The hearing on Defendants' Motion for Summary Judgment is hereby continued to September 26, 2013 at 2:00 p.m. in Courtroom No. 7 in order to afford the defense sufficient time to prepare its reply.  The June 19, 2012 Scheduling Order is hereby modified to reflect both the continued hearing date as well as the above enumerated changes to the briefing schedule, but otherwise remains unchanged and in full force and effect.

   IT IS SO ORDERED.

Dated:  August 20, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT