UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYLESS SHOESOURCE, INC., | No. 2:12-cv-00517-MCE-AC |
| Plaintiff, | |
| v. | **ORDER CONTINUING TRIAL** |
| DIANA JOYE, | |
| Defendants. | |

    YOU ARE HEREBY NOTIFIED the Jury trial is vacated and continued to **June 23, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **April 3, 2014**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the November 14, 2013 Final Pretrial Conference is vacated and continued to **April 17, 2014**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **March 27, 2014** and shall comply with the procedures outlined in the Court's June 19, 2012 Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.  Telephonic appearances for this hearing are not permitted.

    Any evidentiary or procedural motions are to be filed by **March 27, 2014**.  Oppositions must be filed by **April 3, 2014** and any reply must be filed by **April 10, 2014.**  The motions will be heard by the Court at the same time as the Final Pretrial

1  Conference.
2      IT IS SO ORDERED.
3
4  DATED: September, 20 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE