DOWNEY BRAND LLP
ANTHONY L. VIGNOLO (Bar No. 203933)
JENNIFER L. WILLIAMS (Bar No. 261037)
3425 Brookside Road, Suite A
Stockton, CA  95219-1757
Telephone:    (209) 473-6450
Facsimile:     (209) 473-6455
avignolo@downeybrand.com
jwilliams@downeybrand.com

Attorneys for Defendants
DIANA JOYE, and THE DENA TRUST

SEE SIGNATURE PAGE FOR ADDITIONAL
PARTY INFORMATION.  LOCAL RULE 131(A).

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAYLESS SHOESOURCE, INC., a Missouri corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DIANA JOYE, as Trustee of The Dena Trust, THE DENA TRUST, a California trust,<br><br>　　　　　Defendants. | Case No.  2:12-CV-00517-MCE-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR ATTORNEY'S FEES**<br><br>Date:　　　　April 3, 2014<br>Time:　　　　2:00 p.m.<br>Courtroom:　　7<br>Judge:　　　　Morrison C. England, Jr.<br><br>Judgment Entered: February 5, 2014 |

## **RECITALS**

　　　　A.　　The Court entered judgment in favor of defendants Diana Joye and The Dena Trust ("Defendants") on February 5, 2014.  (Docket # 58.)

　　　　B.　　On February 19, 2014, Defendants filed a motion to recover attorney's fees pursuant to Federal Rule of Civil Procedure 54(d) and California Code of Civil Procedure Section 1717.  (Docket # 60.)  The motion is currently set for hearing on April 3, 2014.

　　　　C.　　On March 5, 2014, plaintiff Payless ShoeSource, Inc. ("Plaintiff") filed a notice of appeal of the judgment.  (Docket # 62.)

1366047.1                                                       1
STIPULATION AND ORDER TO CONTINUE HEARING

D. The parties are discussing a settlement that would resolve the pending motion and appeal and wish to continue the current hearing date on the motion to avoid incurring additional attorney's fees at this time.

## STIPULATION

THEREFORE, it is hereby stipulated by the parties, by and through their attorneys of record, that:

1. The current hearing date of April 3, 2014, at 2:00 p.m. for Defendants' motion to recover attorney's fees be vacated and continued to April 17, 2014, at 2:00 p.m.

2. The deadline for Defendants to file any reply in support of the motion shall be based on the new hearing date.

DATED: March 27, 2014           DOWNEY BRAND LLP


By:        */s/ Jennifer L. Williams*
      ANTHONY L. VIGNOLO (Cal. Bar No. 203933)
      JENNIFER L. WILLIAMS (Cal. Bar No. 261037)
      3425 Brookside Road, Suite A
      Stockton, CA 95219
      Telephone:  (209) 473-6450
      Facsimile:  (209) 473-6455
      jwilliams@downeybrand.com

      Attorneys for Defendants
      DIANA JOYE, and THE DENA TRUST


DATED: March 27, 2014           LEWIS BRISBOIS BISGAARD & SMITH LLP


By:        */s/ Shane Singh*
      SHANE SINGH (Cal. Bar No. 202733)
      2850 Gateway Oaks Drive, Suite 450
      Sacramento, California 95833
      Telephone: 916.564.5400
      Facsimile: 916.564.5444
      shane.singh@lewisbrisbois.com

      Attorney for Plaintiff
      PAYLESS SHOESOURCE, INC.

1366047.1

2

STIPULATION AND ORDER TO CONTINUE HEARING

DATED: March 27, 2014                    WILLIAMS MULLEN


By: _____/s/ William F. Devine_____
WILLIAM F. DEVINE (Va. Bar No. 26632)
LAUREN M. WHEELING (Va. Bar No. 75559)
999 Waterside Drive, Suite 1700
Norfolk, VA 23510
Telephone: 757.622.3366
Facsimile: 757.629.0660
wdevine@williamsmullen.com
lwheeling@williamsmullen.com

Attorneys for Plaintiff
PAYLESS SHOESOURCE, INC.

**ATTESTATION**

I, the undersigned, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

DATED: March 27, 2014                    DOWNEY BRAND LLP


By: _____/s/ Jennifer L. Williams_____
ANTHONY L. VIGNOLO (Cal. Bar No. 203933)
JENNIFER L. WILLIAMS (Cal. Bar No. 261037)
3425 Brookside Road, Suite A
Stockton, CA 95219
Telephone: (209) 473-6450
Facsimile: (209) 473-6455
jwilliams@downeybrand.com

Attorneys for Defendants
DIANA JOYE, and THE DENA TRUST

\* END OF STIPULATION \*


**ORDER**

IT IS SO ORDERED.

Dated: April 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT