DOWNEY BRAND LLP
ANTHONY L. VIGNOLO (Bar No. 203933)
JENNIFER L. WILLIAMS (Bar No. 261037)
3425 Brookside Road, Suite A
Stockton, CA 95219-1757
Telephone: (209) 473-6450
Facsimile: (209) 473-6455
avignolo@downeybrand.com
jwilliams@downeybrand.com

Attorneys for Defendants
DIANA JOYE, and THE DENA TRUST

SEE SIGNATURE PAGE FOR ADDITIONAL
PARTY INFORMATION. LOCAL RULE 131(A).

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAYLESS SHOESOURCE, INC., a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIANA JOYE, as Trustee of The Dena Trust, THE DENA TRUST, a California trust,<br><br>Defendants. | Case No. 2:12-CV-00517-MCE-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR ATTORNEY'S FEES**<br><br>Date: April 3, 2014<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: Morrison C. England, Jr.<br><br>Judgment Entered: February 5, 2014 |

## **RECITALS**

A. The Court entered judgment in favor of defendants Diana Joye and The Dena Trust ("Defendants") on February 5, 2014. (Docket # 58.)

B. On February 19, 2014, Defendants filed a motion to recover attorney's fees pursuant to Federal Rule of Civil Procedure 54(d) and California Code of Civil Procedure Section 1717. (Docket # 60.) The motion is currently set for hearing on April 3, 2014.

C. On March 5, 2014, plaintiff Payless ShoeSource, Inc. ("Plaintiff") filed a notice of appeal of the judgment. (Docket # 62.)

1366047.1

1

     D.     The parties are discussing a settlement that would resolve the pending motion and appeal and wish to continue the current hearing date on the motion to avoid incurring additional attorney's fees at this time.

## STIPULATION

THEREFORE, it is hereby stipulated by the parties, by and through their attorneys of record, that:

     1.     The current hearing date of April 3, 2014, at 2:00 p.m. for Defendants' motion to recover attorney's fees be vacated and continued to April 17, 2014, at 2:00 p.m.

     2.     The deadline for Defendants to file any reply in support of the motion shall be based on the new hearing date.

DATED:  March 27, 2014     DOWNEY BRAND LLP

By:     */s/ Jennifer L. Williams*
ANTHONY L. VIGNOLO (Cal. Bar No. 203933)
JENNIFER L. WILLIAMS (Cal. Bar No. 261037)
3425 Brookside Road, Suite A
Stockton, CA 95219
Telephone:  (209) 473-6450
Facsimile:  (209) 473-6455
jwilliams@downeybrand.com

Attorneys for Defendants
DIANA JOYE, and THE DENA TRUST

DATED:  March 27, 2014     LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     */s/ Shane Singh*
SHANE SINGH (Cal. Bar No. 202733)
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444
shane.singh@lewisbrisbois.com

Attorney for Plaintiff
PAYLESS SHOESOURCE, INC.

DATED:  March 27, 2014                     WILLIAMS MULLEN


By:          */s/ William F. Devine*
WILLIAM F. DEVINE (Va. Bar No. 26632)
LAUREN M. WHEELING (Va. Bar No. 75559
999 Waterside Drive, Suite 1700
Norfolk, VA 23510
Telephone: 757.622.3366
Facsimile: 757.629.0660
wdevine@williamsmullen.com
lwheeling@williamsmullen.com

Attorneys for Plaintiff
PAYLESS SHOESOURCE, INC.

**ATTESTATION**

I, the undersigned, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

DATED:  March 27, 2014                     DOWNEY BRAND LLP


By:          */s/ Jennifer L. Williams*
ANTHONY L. VIGNOLO (Cal. Bar No. 203933)
JENNIFER L. WILLIAMS (Cal. Bar No. 261037)
3425 Brookside Road, Suite A
Stockton, CA 95219
Telephone:  (209) 473-6450
Facsimile:  (209) 473-6455
jwilliams@downeybrand.com

Attorneys for Defendants
DIANA JOYE, and THE DENA TRUST

* END OF STIPULATION *


**ORDER**

IT IS SO ORDERED.

Dated:  April 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT