UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYLESS SHOESOURCE, INC., a Missouri corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIANA JOYE, as Trustee of The Dena Trust, THE DENA TRUST, a California trust,<br><br>　　　　　Defendants. | No. 2:12-cv-00517-MCE-DAD<br><br>**ORDER** |

By Memorandum and Order filed February 5, 2014, this Court granted the Motion for Summary Judgment filed on behalf of Defendants Diana Joye, as Trustee of the Dena Trust, and the Dena Trust, a California Trust ("Defendants"). As the prevailing party in this litigation, Defendants now seek attorney's fees in the amount of $122,691.44 under both Federal Rule of Civil Procedure 54(d), California Civil Code § 1717(a), and the terms of the underlying lease agreement itself. That request is properly before the Court inasmuch as the litigation here has been resolved in its entirety.

On March 5, 2014, however, Plaintiff Payless Shoesource, Inc. ("Plaintiff") filed a Notice of Appeal from the judgment entered against it on February 5, 2014

///

Defendants' request for attorney's fees was made two weeks later, on February 19, 2014, despite that appeal.

This Court may defer its ruling on attorney's fees when an appeal on the merits is pending. See 1993 Advisory Committee Notes to Federal Rule of Civil Procedure 54(d) ("if an appeal on the merits of the case is taken, the [district] court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved"); see also Dumas v. New United Motor Mfg., 2007 WL 1880377 at *2 (N.D. Cal. 2007).

Given the pendency of Plaintiff's appeal, Defendants' Motion for Attorney Fees (ECF No. 60) is DENIED[1] at this juncture, without prejudice to being renewed following disposition of this matter upon appeal.

IT IS SO ORDERED.

Dated: April 22, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Because oral argument was not of material assistance, the Court ordered this submitted on the briefs. E.D. Cal. Local Rule 230(g).

2